1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HUEY PETERSON BROWN,

     Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

Case No.: 2:21-cv-00091-NJK

**ORDER**

[Docket No. 1]

12      Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*

13 and has submitted a complaint.  Docket Nos. 1, 1-1.

14 **I.     Application to Proceed *In Forma Pauperis***

15      Plaintiff filed an application to proceed *in forma pauperis*.  Docket No. 1.  The application

16 has sufficiently shown an inability to prepay fees and costs or give security for them.  Accordingly,

17 the application to proceed *in forma pauperis* will be granted pursuant to § 1915.  The Court will

18 now review Plaintiff's complaint.

19 **II.    Screening the Complaint**

20      When a party seeks permission to pursue a civil case *in forma pauperis*, courts will screen

21 the complaint.  *See* 28 U.S.C. § 1915(e).  With respect to social security appeals specifically, judges

22 in this District have outlined some basic requirements for complaints to satisfy the Court's

23 screening.   First, the complaint must establish that administrative remedies were exhausted

24 pursuant to 42 U.S.C. § 405(g), and that the civil action was commenced within 60 days after

25 notice of a final decision.  Second, the complaint must indicate the judicial district in which the

26 plaintiff resides.  Third, the complaint must state the nature of the plaintiff's disability and when

27 the plaintiff claims to have become disabled.  Fourth, the complaint must contain a plain, short,

28 and concise statement identifying the nature of the plaintiff's disagreement with the determination

1

1  made by the Social Security Administration and show that the plaintiff is entitled to relief.  *See,*

2  *e.g.*, *Graves v. Colvin*, 2015 WL 357121, at *2 (D. Nev. Jan. 26, 2015) (collecting cases).

3        The Court has reviewed the complaint and finds these elements satisfied in this case.

4  **III.**    **Conclusion**

5        Accordingly, the Court hereby **ORDERS** as follows:

6      1.  Plaintiff's request to proceed *in forma pauperis* is **GRANTED** with the caveat that the

7          fees shall be paid if recovery is made.  At this time, Plaintiff shall not be required to

8          pre-pay the filing fee.

9      2.  Plaintiff is permitted to maintain this action to conclusion without the necessity of

10          prepayment of any additional fees or costs or the giving of a security therefor. The

11          Order granting leave to proceed *in forma pauperis* shall not extend to the issuance of

12          subpoenas at government expense.

13      3.  The Clerk of Court shall file the complaint.

14      4.  The Clerk of Court shall serve the Commissioner of the Social Security Administration

15          by sending a copy of the summons and complaint by certified mail to: (1) Office of

16          Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear St.,

17          Suite 899, San Francisco, California 94105-1545; and (2) the Attorney General of the

18          United States, Department of Justice, 950 Pennsylvania Avenue, N.W., Room 4400,

19          Washington, D.C. 20530.

20      5.  The Clerk of Court shall issue summons to the United States Attorney for the District

21          of Nevada and deliver the summons and complaint to the U.S. Marshal for service.

22      6.  From this point forward, Plaintiff shall serve upon Defendant or, if appearance has been

23          entered by counsel, upon the attorney, a copy of every pleading, motion or other

24          document submitted for consideration by the court. Plaintiff shall include with the

25          original paper submitted for filing a certificate stating the date that a true and correct

26          copy of the document was personally served or sent by mail to the defendants or

27          counsel for the defendants. The Court may disregard any paper which has not been

28

filed with the Clerk, and any paper received by the Court or the Clerk which fails to include a certificate of service.

IT IS SO ORDERED.

Dated: January 22, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

3