# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HUEY PETERSON BROWN, | Case No.: 2:21-cv-00091-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket Nos. 20, 21) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On June 29, 2021, Plaintiff Huey Peterson Brown filed two documents in the instant case. Docket Nos. 20, 21. These documents fail to comply with the Court's order. Docket No. 18 at 2-3. Additionally, the documents fail to comply with the Court's Local Rules regarding the required format of filed documents. LR IA 10-1(a). As a result, the Court **STRIKES** the documents at Docket Nos. 20, 21. *See* LR IA 10-1(d) ("[t]he court may strike any document that does not conform to an applicable provision of these rules…").

Plaintiff may file his motion to remand and all applicable points and authorities, in one document that complies with all rules and the Court's order, no later than July 2, 2021.

IT IS SO ORDERED.

Dated: June 29, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE