UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUEY PETERSON BROWN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:21-cv-00091-NJK<br><br>**ORDER**<br><br>[Docket Nos. 30, 31] |

　　　On October 8, 2021, Plaintiff Huey Peterson Brown filed two documents in the instant case. Docket Nos. 30, 31. These documents fail to comply with the Court's Local Rules regarding the required format of filed documents. Local Rule IA 10-1(a). As a result, the Court **STRIKES** the documents at Docket Nos. 30, 31. *See* Local Rule IA 10-1(d) ("[t]he court may strike any document that does not conform to an applicable provision of these rules…").

　　　Plaintiff may file his motion for attorneys' fees and costs and all applicable points and authorities, in one document that complies with all rules and the Court's order, no later than November 1, 2021. The Court has previously warned Plaintiff that he must comply with the Court's Local Rules in his filings before this Court. *See* Docket No. 22. Any further violation of the Court's orders and Local Rules may result in sanctions.

　　　IT IS SO ORDERED.

　　　Dated: October 25, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1